AO91 (Rev. 12/03) Criminal Complaint         **FELONY**        AUSA            United States Courts
                                                                                Southern District of Texas
# UNITED STATES DISTRICT COURT                                                  FILED

                                                                                *June 12, 2025*

Southern District Of Texas Brownsville Division        Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**          **CRIMINAL COMPLAINT**
            vs.
                                       Case Number: 1:25-MJ-**490**
Remedios VELAZQUEZ-Sanchez
A205 310 833 Mexico
AKA Remedios VELAZQUEZ SANCHEZ

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 10, 2025** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on June 10, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on May 31, 2025. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $450 US dollars in her possession at time of arrest.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

                                                                    _____
                                                                    Signature of Complainant

                                                                    Torres, Jesus / Border Patrol Agent
                                                                    Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

June 12, 2025                                            at    Brownsville, Texas
Date                                                           City/State

Karen Betancourt          U.S. Magistrate Judge                Karen Betancourt
Name of Judge             Title of Judge                       Signature of Judge